FILED
CLERK, U.S. DISTRICT COURT

AUG 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) 08-2102 M
       Plaintiff,  ) ORDER OF DETENTION AFTER
       v.  ) HEARING (Fed.R.Crim.P. 32.1(a)(6)
         ) Allegations of Violations of Probation
         ) Supervised Release)
         ) Conditions of Release)
_____
       Defendant.

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  ( )  the safety of any person or the community.

//

//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

*see PSA report*

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

*see PSA*

IT IS ORDERED that defendant be detained.

DATED: 8/29/08

/s/
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

2